**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CAIR-FOUNDATION, INC. and
CAIR FLORIDA, INC.,

*Plaintiffs*,

v.

Case No. 4:26-cv-521-MW-MAF

RON DESANTIS, *et al.*,

*Defendants*.

---

**DECLARATION OF MARYAM HASAN**

Pursuant to 28 U.S.C. § 1746, I, Maryam Hasan, declare as follows:

1. I am a resident of Florida and over the age of eighteen. I have personal knowledge of the facts set forth in this declaration. If called to testify, I could and would testify competently to these facts under oath. I am providing this declaration in my role as a volunteer Strategic Campaign Specialist for CAIR-Foundation, Inc. ("CAIR").

2. I have been a volunteer with CAIR since August 2024. I volunteer with CAIR because I believe strongly in its mission to protect civil rights, promote justice, educate the public about Islam, and empower American Muslims through advocacy. Currently, I work remotely on CAIR matters from Orlando, Florida, including on matters related to CAIR's work in Florida based on publicly available information, such as researching and investigating events in Florida to assist in

preparing CAIR's Hostile Campus Report, which discusses universities' and colleges' treatment of free speech, respect for civil rights, the right to protest, and opposition to Islamophobia in Florida's places of higher education. This is intended to be an annual report for which I conduct year-round work.

3. Due to HB 1471, if CAIR's designation becomes effective, CAIR will no longer allow me to serve as a volunteer for the organization from Florida.

4. Once CAIR's designation becomes effective, even if CAIR were to allow me to continue as a volunteer, I would not do so, given HB 1471's severe criminal and civil penalties for contributing to CAIR. I do not want to violate any law.

5. If the courts were to conclude that HB 1471 is unconstitutional and prevent Florida officials and prosecutors from enforcing its provisions, I would resume my volunteer work for CAIR. I care deeply about my work as a Strategic Campaign Specialist and want to continue doing it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 1, 2026.

*/s/ Maryam Hasan*
Maryam Hasan