**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC., and**
**CAIR-FLORIDA, INC.,**

***Plaintiffs,***

**v.** **Case No.: 4:26cv521-MW/MAF**

**RONALD DESANTIS, et al.,**

***Defendants.***
**_____________________________/**

**ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING TELEPHONIC SCHEDULING CONFERENCE**

Pending before this Court is Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 6.

Under Rule of Civil Procedure 65(b)(1)(A), a court may issue a temporary restraining order only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss or damage will result to the movant before the adverse party can be heard in opposition." Upon review, and insofar as the challenged designations as "domestic terrorist organizations" do not take effect until November 5, 2026, this Court is not persuaded that relief must be afforded before Defendants are heard on Plaintiffs' motion. *See, e.g.*, *Dream Defenders v. DeSantis*, 559 F. Supp. 3d 1238 (N.D. Fla. 2021), *rev'd*, 119 F.4th 872 (11th Cir. 2024) (evaluating preliminary injunction motion following hearing from both sides

regarding criminal law that took immediate effect upon being signed into law). Accordingly, Plaintiffs' motion, ECF No. 6, is **DENIED** insofar as Plaintiffs seek a temporary restraining order. This Court will address the balance of the motion seeking preliminary injunctive relief after setting a briefing schedule and hearing from both sides.

The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the request for preliminary injunction and on other procedural and substantive issues relating to the motion, including the need for discovery, live testimony and the admissibility of declarations. The parties shall file their proposed schedule, including any request for discovery, live testimony, and any agreement on the admissibility of declarations **on or before 5:00 p.m. (ET) on Wednesday, October 7, 2026**. This Court will hold a telephonic scheduling conference **on Thursday, October 8, 2026, at 1:30 p.m. (ET).** This Court recognizes this is a short time to confer, but this Court is also aware that the parties have already conferred at length regarding scheduling for a preliminary injunction motion in an earlier, related case, and thus, the parties should not have to rework much of the scheduling the parties recently discussed.

**SO ORDERED on October 6, 2026.**

**s/Mark E. Walker**
**United States District Judge**