**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC., and**
**CAIR-FLORIDA, INC.,**

***Plaintiffs,***

**v.** **Case No.: 4:26cv521-MW/MJF**

**RONALD DESANTIS, et al.,**

***Defendants.***
**____________________________/**

## ORDER OF DISQUALIFICATION

This is Plaintiffs' third lawsuit before the undersigned judge this year based on actions that state officials have taken toward them. The first case resulted in a preliminary injunction that is now on appeal. The second case was dismissed for lack of standing. In both previous cases, the defendants sought this Court's disqualification. In the first case, Defendant DeSantis did not seek disqualification at the trial level but instead sought disqualification in the first instance in its appellate brief. In the second case, Defendants filed a motion with this Court, which this Court denied.

The request for disqualification in the first case remains pending before the Eleventh Circuit. On October 13, 2026, the Eleventh Circuit directed the Clerk to set the appeal for oral argument, including the issue of disqualification. It could be quite

some time before this Court gets guidance from the Eleventh Circuit on the issue of disqualification.

As this Court noted in its Order denying disqualification in the second case, the arguments in favor of disqualification are meritless and nothing but rank judge shopping. Having said that, it makes no sense for the undersigned to expend judicial resources in this case and the companion case on appeal if the Eleventh Circuit ultimately disagrees with this Court's view on disqualification. Moreover, it does a disfavor to the parties. This is a distraction from the weighty legal issues that the parties have brought before this Court. Accordingly, I hereby disqualify myself. I have full confidence in my colleagues on this Court to preside over the remainder of this case and judge it fairly and wisely.

**SO ORDERED on October 15, 2026.**

**s/Mark E. Walker**
**United States District Judge**