**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CAIR-FOUNDATION, INC. and
CAIR-FLORIDA, INC.,

*Plaintiffs*,

Case No. 4:26-cv-521-RH-MAF

v.

RON DESANTIS, *et al.*,

*Defendants*.
_______________________________/

**NOTICE OF PRIOR OR SIMILAR CASE**

As required by Local Rule 5.6, and as Plaintiffs explained in their Notice of Prior or Similar Case when they filed this action, "[t]his case . . . involves issues of fact and law in common with those raised in *CAIR-Foundation, Inc. v. DeSantis*, No. 4:25-cv-516-MW/MJF (filed December 15, 2025)" (hereafter, "*CAIR I*") "in which Plaintiffs challenge Governor DeSantis's executive order designating them as 'terrorist organizations.'" Pls.' Notice of Prior or Similar Case, Dkt. No. 4 (Oct. 1, 2026). An identical Notice of Prior or Similar Case was filed by Plaintiffs in *CAIR-Foundation, Inc. v. DeSantis*, No. 4:26-cv-315-MW-MJF, Dkt. No. 5 (July 2, 2026) ("*CAIR II*"). The related, first-filed action in *CAIR I* has now been reassigned to Chief Judge Winsor. *See CAIR-Foundation, Inc. v. DeSantis*, No. 4:25-cv-516-AW-MJF, Dkt No. 110 (Oct. 15, 2026). Defendants have consistently agreed with

Plaintiffs that these closely related cases should be assigned to the same Judge of this Court.

DATED: October 15, 2026

Respectfully submitted,

JAMES UTHMEIER
*Attorney General*

*/s/ Charles J. Cooper*
CHARLES J. COOPER (NO. 248070DC)
JOHN D. RAMER*
NICOLE J. MOSS*
RILEY W. WALTERS*
JESSICA CRAINE*

**COOPER & KIRK, PLLC**
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
ccooper@cooperkirk.com

*Appeared *Pro Hac Vice*

*/s/ David M.S. Dewhirst*
DAVID M.S. DEWHIRST (FBN 1076928)
*Solicitor General*
JASON J. MUEHLHOFF (FBN 1076410)
*Chief Deputy Solicitor General*
TYLER E. GUSTAFSON (FBN 1049292)
*Assistant Solicitor General*

**OFFICE OF THE ATTORNEY GENERAL**
The Capitol, PL-01
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
david.dewhirst@myfloridalegal.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Charles J. Cooper, hereby certify that a true and correct copy of the foregoing document was sent via CM/ECF on October 15, 2026, to all counsel of record.

Dated: October 15, 2026

*/s/ Charles J. Cooper*

Charles J. Cooper
COOPER & KIRK, PLLC
Telephone: (202) 220-9600
ccooper@cooperkirk.com