**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CAIR-FOUNDATION, INC. and
CAIR FLORIDA, INC.,

*Plaintiffs*,

v. Case No. 4:26-cv-521-AW/MAF

RON DESANTIS, *et al.*,

*Defendants*.
_______________________________/

**NOTICE REGARDING AVAILABILITY FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

The parties submit the following notice regarding Plaintiffs CAIR-Foundation, Inc. and CAIR Florida, Inc.'s emergency motion for injunctive relief. *See* ECF No. 6.

The Court had originally scheduled oral argument on this motion on October 22, 2026, a date jointly proposed by the parties. *See* ECF Nos. 41, 49. Following the case's assignment to Judge Hinkle, the hearing was rescheduled for October 28. *See* ECF No. 57. The parties are available for argument on either October 22 or October 28.

Plaintiffs respectfully request that, if the Court is available on October 22, it set argument for that day. Defendants defer to the Court in setting a date for a hearing, but as Defendants have previously advised Plaintiffs, Defendants' counsel

has a longstanding commitment on October 23-27 and hopes that the Court can avoid scheduling a hearing during that period.

Dated: October 17, 2026

Respectfully submitted,

*/s/ Charles J. Cooper*

Charles J. Cooper
No. 248070DC
Nicole J. Moss*
John D. Ramer*
Riley W. Walters*
Jessica P. Craine*
COOPER & KIRK, PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
(202) 220-9600
ccooper@cooperkirk.com
nmoss@cooperkirk.com
jramer@cooperkirk.com
jcraine@cooperkirk.com
rwalters@cooperkirk.com

David. M.S. Dewhirst
*Solicitor General*
Jason J. Muehlhoff
*Chief Deputy Solicitor General*
Tyler E. Gustafson (FBN 1049292)
*Assistant Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
*david.dewhirst@myfloridalegal.com*
*jason.muehlhoff@myfloridalegal.com*

*/s/ Ashley Gorski*

Hina Shamsi*
Ashley Gorski*
Patrick Toomey*
Charles Hogle*
Celin Carlo-Gonzalez*
Jeffrey Stein*
Natalie Smith*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org
hshamsi@aclu.org
ptoomey@aclu.org
charlie.hogle@aclu.org
ccarlo-gonzalez@aclu.org
jstein@aclu.org
n.smith@aclu.org

Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Scott D. McCoy (FBN 1004965)
Aaron S. Fleisher*

*tyler.gustafson@myfloridalegal.com*
*jenna.hodges@myfloridalegal.com*

**Pro hac vice*

*Counsel for Defendants*

Diego A. Soto*
Mary Ella W. Simmons*
**Southern Poverty Law Center**
400 Washington Ave
Montgomery, AL 31604
(771) 215-8661
scott.mccoy@splcenter.org
aaron.fleisher@splcenter.org
diego.soto@splcenter.org
maryella.simmons@splcenter.org

Manoj S. "Sachin" Varghese*
Mark L. Bailey*
Kayla P. Gannon*
**Bondurant, Mixson & Elmore, LLP**
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
(404) 881-4100
varghese@bmelaw.com
bailey@bmelaw.com
polonsky@bmelaw.com

**Pro hac vice*

*Counsel for Plaintiffs*