**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC., and CAIR-FLORIDA, INC.,**

**Plaintiffs,**

**v.** **Case No. 4:26-cv-521-AW-MAF**

**RON DESANTIS, et al.,**

**Defendants.**

_______________________________/

**ORDER DENYING MOTION FOR INJUNCTION PENDING APPEAL**

Plaintiffs moved for a preliminary injunction, and the court granted the motion in part and denied it in part. ECF No. 65. Plaintiffs appealed and have now filed a motion for an injunction pending appeal. ECF No. 69. This order denies that motion.

Plaintiffs acknowledge the court "is unlikely to grant such relief, given that the four-factor test governing Plaintiffs' entitlement to an injunction pending appeal is essentially the same test that this Court applied in denying [in part] Plaintiffs' motion for a preliminary injunction." *Id.* at 3. And for the reasons explained in the order on the preliminary injunction motion, the court concludes Plaintiffs have not shown a substantial likelihood of success on appeal.

The motion (ECF No. 69) is DENIED.

SO ORDERED on November 10, 2026.

s/ *Allen Winsor*
Chief United States District Judge